# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE DIVISION

| | | |
|---|---|---|
| Robert S. Holland, Trustee<br>308 Cogdill Road, N.W.<br>Knoxville, Tennessee 37922 | )<br>)<br>)<br>) | |
| Plaintiff, | )<br>) | |
| vs. | )<br>) | Civil Action No.: <u>3:09-CV-282</u><br>Judge: <u>VARLAN/SHIRLEY</u> |
| Reassure America Life Insurance Co.<br>175 King Street<br>Armonk, New York 10504 | )<br>)<br>)<br>) | |
| Defendant. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE** that the Plaintiff, Robert S. Holland, Trustee, hereby voluntarily dismisses the Complaint filed in this matter in the Circuit Court for Knox County, Tennessee, on May 21, 2009, and removed to this Court by the Defendant on June 26, 2009. This filing is the first voluntary dismissal, and pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A) and (B), Plaintiff's non-suit is taken without prejudice.

Any costs taxed to the Plaintiff shall be sent c/o Shannon M. Holland, Plaintiff's Co-Counsel, at HOLLAND LAW, An Association, at 308 Cogdill Road, N.W. in Knoxville, Tennessee 37922.

Respectfully submitted this 30th day of October, 2009.

By: /s/ Robert S. Holland, Esq.
    **Robert S. Holland** (006846)
    **Attorney for Robert S. Holland, Trustee**
    HOLLAND LAW, An Association
    308 Cogdill Road, N.W.
    Knoxville, Tennessee 37922
    865) 675-9125 Telephone
    (865) 675-9127 Facsimile


/s/ J. Terry Holland, Esq.
**Co-Counsel for Robert S. Holland** (000596)
Holland Law Offices
108-A Durwood Road
Knoxville, Tennessee 37922
865) 692-1144 Telephone
(865) 692-9041 Facsimile


/s/ Shannon M. Holland, Esq.
**Shannon M. Holland** (018709)
**Co-Counsel for Robert S. Holland**
HOLLAND LAW, An Association
308 Cogdill Road, N.W.
Knoxville, Tennessee 37922
865) 675-9125 Telephone
(865) 675-9127 Facsimile

*Certificate of Service on following page.*

## CERTIFICATE OF SERVICE

I certify by my signature hereunder that I have served on the below identified parties or counsel of record by facsimile and by First Class U.S. Mail with sufficient postage thereon, and as otherwise set forth below, the instrument to which this Certificate of Service is attached this 30th day of October, 2009.

In addition to the above, I hereby certify that on October 30, 2009, a copy of the foregoing was filed electronically with the U.S. District Court for the Eastern District of Tennessee, Knoxville Division. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by First Class U.S. Mail, postage prepaid sufficient to reach its destination.

/s/ Shannon M. Holland, Esq.
**Shannon M. Holland, Esq.**
Co-Counsel for Plaintiff

**Recipient(s):**

**Martin B. Bailey, Esquire**
Wagner, Myers & Sanger, P.C.
1801 First Tennessee Plaza
P.O. Box 1308
Knoxville, Tennessee 37901
Fax: (865) 524-5731

*Page 3 of 3*

Case 3:09-cv-00282-TAV-CCS   Document 10   Filed 10/30/09   Page 3 of 3   PageID #: 57